

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00324-CV

**IN THE INTEREST OF E.M.A.**, a Child

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 22611A
Honorable Robert J. Falkenberg, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order terminating the parental rights of Mother is AFFIRMED. We ORDER that no costs be assessed against appellant in relation to this appeal because appellant is presumed indigent under Texas Family Code section 107.013(e).

SIGNED October 23, 2024.

_____
Rebeca C. Martinez, Chief Justice